1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  REBECCA A. FALK (CABN 226798)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
7       FAX: (415) 436-6748
        Rebecca.Falk@usdoj.gov
8
   Attorneys for United States of America
9

RECEIVED

2016 FEB 12  P 1: 00

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  REQUEST FROM THE HIGH COURT IN      )   MISC. NO.
    SELANGOR, MALYASIA AT SHAH ALAM )
14  FOR INFORMATION FROM GOOGLE, INC. )   [PROPOSED] ORDER GRANTING
                                       )   APPLICATION FOR ORDER PURSUANT TO
15  RE LOGESWARAN A/L NADARAJA V.      )   TITLE 28 U.S.C. § 1782
                                       )
16  GOOGLE, INC., REF NO. 24-1103-09/2014 )
                                       )
17  _____ )

CV 16   80 036 MISC

LB

18      Pending before the Court is an application submitted by the United States Attorney pursuant to

19  28 U.S.C. § 1782 concerning a request from the Shah Alam High Court in Malaysia for information

20  from Google, Inc. ("Google").  At this time, the United States requests only that the Court appoint

21  Rebecca A. Falk, Assistant United States Attorney, as Commissioner and authorize AUSA Falk to serve

22  Google with a subpoena in accordance with the terms and conditions set forth below.  The Court has

23  reviewed the application and supporting papers and documents supporting this request for international

24  judicial assistance, including the Order issued by the High Court of Malaya at Shah Alam at the State of

25  Selangor Darul Ehsan, Civil Division on January 20, 2015, in the matter captioned *Logeswaran A/L*

26  *Nadaraja v. Google, Inc.*, Ref. No. 24-1103-09/2014.

27      Pursuant to the power conferred on it under 28 U.S.C. § 1782, its inherent authority, and

28  pursuant to the agreement of the United States and Google, the Court hereby ORDERS that AUSA Falk

[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT

1    is appointed as Commissioner, and is authorized to serve Google with a subpoena in accordance with the

2    following terms and conditions:

3          1.      Upon receipt of the subpoena, Google shall promptly make a diligent search for non-

4    content, identifying information regarding the creation Internet Protocol addresses associated with the

5    following blogs and identifying information of the Google account associated with the following blogs:

6          (1)      http://logeswarannadaraja.blogspot.com,

7          (2)      http://logeswarannadarajapengedardadahgang36.blogspot.com; and

8          (3)      http.//usahategasengineeringpengedarandadah.blogspot.com.

9          2.      Within seven calendar days from receipt of the subpoena, Google shall provide a copy of

10    the subpoena to the account holder and advise him or her that Google will respond to the subpoena

11    unless he or she files, within 20 calendar days from the date he or she receives the subpoena, an

12    objection or a motion to quash in this action, served on both Google and AUSA Falk.

13          3.      Subject to the limitation described in Paragraph 2 of this Order, within 30 calendar days

14    from receipt of this subpoena, Google shall produce the requested information to the extent it is

15    available, along with a notarized verification under penalty of perjury, directly to AUSA Falk at the U.S.

16    Attorney's Office.

17          4.      Within seven calendar days of receipt of the information from Google as described in

18    Paragraph 3 of this Order, AUSA Falk will then provide the information from Google to the U.S.

19    Department of Justice, Civil Division, Office of International Judicial Assistance, which, in turn, will

20    forward the information to the High Court of Malaya at Shah Alam at the State of Selangor Darul Ehsan,

21    Civil Division.

22          IT IS SO ORDERED.

23

24    DATED: ~~February 12, 2016~~     February 17, 2016

25                            UNITED STATES MAGISTRATE JUDGE

26

27

28

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR APPOINTMENT